FILED

UNITED STATES DISTRICT COURT 2015 JUL -1 PM 12: 10
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:15-CR-239-T-24T6W
18 U.S.C. § 1425(a)

DAILIN ROJAS PEREZ

18 U.S.C. § 1015(a)
18 U.S.C. § 982(a)(6) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 7, 2013, in Tampa, in the Middle District of Florida,

DAILIN ROJAS PEREZ,

defendant herein, did knowingly procure, contrary to law, naturalization and United States citizenship for herself, to which she was not entitled, by providing false information at her interview for citizenship to the United States Citizenship and Immigration Services Officer, in that the defendant falsely denied ever having committed a crime or offense for which she had not been arrested, when she knew that answer was false and she had committed crimes of conspiracy and money laundering between in or about March 2009 and in or about March 2010, for which she had not been arrested, which false answer suggested she was qualified for naturalization, when the production of truthful information would have led to facts relevant to her Application for Naturalization and her ineligibility for naturalization.

In violation of Title 18, United States Code, Section 1425(a).

## COUNT TWO

On or about March 7, 2013, in Tampa, in the Middle District of Florida,

### DAILIN ROJAS PEREZ,

defendant herein, did knowingly and willfully make a false statement under oath in a naturalization case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization and citizenship, in that at her interview for citizenship, when asked by the United States Citizenship and Immigration Services Officer, the defendant falsely denied ever having committed a crime or offense for which she had not been arrested, when the defendant knew that answer was false and she had committed the crimes of conspiracy and money laundering for which she had not been arrested.

In violation of Title 18, United States Code, Section 1015(a).

## FORFEITURE

1.      The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(6).

2.      Upon conviction of a violation of Title 18, United States Code, Section 1425(a), the defendant,

### DAILIN ROJAS PEREZ,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and any property, real or personal, that

2

(a) constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, or, (b) was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

3.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Amanda C. Kaiser
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, General Crimes Section

3

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## DAILIN ROJAS PEREZ

## INDICTMENT

Violations:

Title 18, United States Code, Sections 1425(b) and 1015(a)

A true bill,

*Carrie Mullen*

Foreperson

Filed in open court this 1st day

of July, 2015.

_____
Clerk

Bail  $_____

GPO 863 525